FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**May 14, 2014**

**FOR THE TENTH CIRCUIT**

Elisabeth A. Shumaker  
Clerk of Court

———————————————

| | |
|---|---|
| BEST RATE TOWING & REPAIR, INC., a Montana corporation; BEST RATE DIESEL REPAIR, INC., a Montana corporation; TREASURE STATE FINANCIAL SERVICES, INC., a Montana corporation; THE PLUMBER, INC., a Montana corporation; WILD ABOUT PETS, INC., a Montana corporation; DALY DOG CARE, INC., a Montana corporation, on behalf of themselves and all others similary situated, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ZIPLOCAL, L.P., f/k/a PDC Pages, a Delaware limited partnership operating under the assumed business name Phone Directories Company of Montana, <br><br> Defendant - Appellee. | No. 12-4048 <br> (D.C. No. 2:11-CV-00345-DAK) |

———————————————

**ORDER**

———————————————

Before **HARTZ**, **McKAY**, and **O'BRIEN**, Circuit Judges.

———————————————

This matter is before the court on the "Stipulated Motion to Dismiss with Prejudice." The motion granted. Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk